

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00181-CV

**IN RE SNAP INSURANCE SERVICE, LLC**

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
               Irene Rios, Justice
               Adrian A. Spears II, Justice

Delivered and Filed: March 25, 2026

PETITION FOR WRIT OF MANDAMUS DENIED; MOTION FOR TEMPORARY RELIEF DENIED AS MOOT

On March 6, 2026, relator, SNAP Insurance Service, LLC, filed its petition for writ of mandamus, motion for temporary relief, and accompanying record. Having reviewed the petition, motion, and record, this Court has determined that SNAP has not established that it is entitled to the relief requested. The petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). The motion for temporary relief is denied as moot.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2025-CI-25726, styled *Ruben Hernandez, III v. Kayla Beadman*, pending in the 73rd Judicial District Court, Bexar County, Texas, the Honorable Mary Lou Alvarez presiding.